JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

VERNON P. N.,[1]

        Plaintiff,

    v.

LELAND DUDEK, Acting[2]
Commissioner of Social Security
Administration,

        Defendant.

Case No. 2:24-CV-05009-AJR

**JUDGMENT**

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED:  March 26, 2025

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

_____

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Leland Dudek became the Acting Commissioner of Social Security on February 17, 2025.  Leland Dudek is substituted as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).